UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

CRIMINAL NO.
HONORABLE

v.

PETER LABRECK,
    Defendant.

Case: 2:09-cr-20377
Judge: Rosen, Gerald E
MJ: Majzoub, Mona K
Filed: 08-11-2009 At 02:21 PM
IND USA VS LABRECK (LH)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
(18 U.S.C. §912 - IMPERSONATING AN OFFICER OF THE UNITED STATES)

On or about February 4, 2008, in the Eastern District of Michigan, Southern Division, defendant PETER LABRECK did falsely pretend to be an officer of the United States, that is, a United States Deputy Marshal, and while so pretending did demand a thing of value, to wit: a diamond ring; in violation of Title 18, United States Code, Section 912.

### COUNT TWO
(18 U.S.C. §3147 - COMMITTING AN OFFENSE WHILE ON PRETRIAL RELEASE)

On or about February 4, 2008, in the Eastern District of Michigan, Southern Division, defendant PETER LABRECK, having been previously placed on pretrial release, did knowingly, intentionally, and unlawfully commit an offense, that is, did

impersonate an officer of the United States; in violation of Title 18, United States Code, Sections 912 and 3147.

## COUNT THREE
### (18 U.S.C. §912 - IMPERSONATING AN OFFICER OF THE UNITED STATES)

On or about February 18, 2008, in the Eastern District of Michigan, Southern Division, defendant PETER LABRECK did falsely pretend to be an officer of the United States, that is, a United States Deputy Marshal, and while so pretending did attempt to take a diamond ring; in violation of Title 18, United States Code, Section 912.

## COUNT FOUR
### (18 U.S.C. §402 - CONTEMPT OF COURT)

1. That at all times relevant to this indictment, defendant PETER LABRECK was under the supervision of a court of the United States.

2. That on or about February 5, 2008, the Honorable Nancy G. Edmunds, United States District Court Judge for the Eastern District of Michigan, issued a Judgment and Commitment Order prohibiting the defendant from committing any local, state, or federal crime.

3. That on or about February 18, 2008, in the Eastern District of Michigan, Southern Division, defendant PETER LABRECK did knowingly disobey this order by impersonating a United States Deputy Marshal.

4. That said acts were of such a character as to constitute a criminal offense under the laws of the United States, to wit: Title 18, United States Code, Section 912.

     5.  That said acts constitute a direct violation of the court's order; all in violation of Title 18, United States Code, Section 402.

                                      THIS IS A TRUE BILL.

                                      /s/ FOREPERSON

TERRENCE BERG
Acting United States Attorney

/s/ DIANE L. MARION
Assistant U.S. Attorney

Dated: January 20, 2009

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: _DLM_ |

Case Title: USA v. Peter Labreck

Case: 2:09-cr-20377
Judge: Rosen, Gerald E
MJ: Majzoub, Mona K
Filed: 08-11-2009 At 02:21 PM
IND USA VS LABRECK (LH)

County where offense occurred: Wayne County

Check One:   X Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no** prior complaint.
_X_ Indictment/____Information --- based upon prior complaint [08-30088 ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information:**

Superseding to Case No: _____   Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

_8-10-09_
Date

_Diane L. Marion_ (signature)
Diane L. Marion
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9703
Fax: (313) 226-3265
E-Mail address: Diane.Marion@usdoj.gov
Attorney Bar #: P33403

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04